## CAYWOOD v. YOCUM.

(Decided March 7, 1930.)

John J. Williams and Allen Prewitt for movant.

Charles A. McMillan opposed.

PER CURIAM. Judgment for $324.80 for plaintiff; suit for breach of contract.

Appeal denied. Judgment affirmed.